# Burnes v. The State.

APPEAL from Henry Circuit Court.
Tried before the Hon. J. W. FOSTER.

W. W. SANDERS, for appellant.

WILLIAM C. FITTS, Attorney-General, for the State.

The appellant was indicted, tried and convicted for rape, and sentenced to the penitentiary for life. The judgment of conviction was affirmed.

Opinion by McCLELLAN, J.